UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>      Defendants.<br><br>  and<br><br>WESTLANDS WATER DISTRICT,<br><br>      Defendant-in-Intervention. | 1:88-cv-0634 OWW DLB<br>1:91-cv-0048 OWW DLB<br>(Partially Consolidated)<br><br>STATUS CONFERENCE ORDER<br><br>Further Status Conference<br>Date: 3/12/08 8:30 Ctrm. 3 |

I.   Date of Scheduling Conference.

     November 30, 2007.

II.  Appearances Of Counsel.

     Minasian, Spruance, Meith, Soares & Sexton, LLP by Paul R. Minasian, Esq., appeared on behalf of Plaintiffs.

     Stephen M. MacFarlane, Esq., U.S. Department of Justice, appeared on behalf of the Federal Defendants.

     Raymond L. Carlson, Esq., appeared on behalf of San Luis

1

1  Water District.

2  Daniel J. O'Hanlon, Esq., appeared on behalf of Westlands
3  Water District.

4  Diane Van Atta Rathmann, Esq. appeared on behalf of Panoche
5  Water District and Panoche Drainage District.

6  Laurens H. Silver, Esq., appeared on behalf of the
7  Environmental Intervenors.

8  Hamilton Candee, Esq., and Katherine S. Poole, Esq.,
9  appeared on behalf of additional Environmental Intervenors,
10 Natural Resources Defense Council.

11 III.  Status of the Case.

12  1.  After hearing from all parties concerning the status of
13 discussions among the parties concerning a proposed Western
14 Regional Drainage Plan, the ROD that has been completed
15 concerning providing drainage to the Central Valley Project's San
16 Luis Unit and the expiration of efforts for non-judicial
17 resolution of all the issues in the case; to conserve party
18 resources and to achieve efficient judicial administration, the
19 Court finds it is in the interest of justice to continue this
20 status conference to March 12, 2008, at 8:30 a.m.  All parties
21 are authorized to appear telephonically.

23 IT IS SO ORDERED.

24 Dated:   December 4, 2007            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE