# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | 1:88-cv-0634 OWW <br> consolidated with <br> 1:92-cv-5554 OWW <br> partially consolidated with <br> 1:91-cv-0048 OWW <br><br> ORDER AFTER SCHEDULING CONFERENCE <br><br> Further Scheduling Conference: 7/18/08 8:15 Ctrm. 3 |

**I.  Date of Scheduling Conference.**

March 12, 2008.

**II. Appearances Of Counsel.**

Paul R. Minasian, Esq., appeared on behalf of Plaintiff.

Stephen M. MacFarlane, Esq., appeared on behalf of the Federal Defendants.

Daniel J. O'Hanlon, Esq., appeared on behalf of Defendant in Intervention Westlands Water District.

Diane Van Atta Rathmann, Esq., appeared on behalf of Defendant Panoche Water District.

Raymond L. Carlson, Esq., appeared on behalf of San Luis Water District.

1  Laurens H. Silver, Esq., appeared on behalf of Intervenors
2  Contra Costa and Bay Institute.
3  Katherine Scott Poole, Esq., and Hamilton Candee, Esq.,
4  appeared on behalf of Intervenor Natural Resources Defense
5  Council.
6  III.  Further Scheduling Conference.
7  1.  The parties have agreed that pending discussions between
8  the United States Department of the Interior, San Luis
9  Contractors, Department of Water Resources of the State of
10 California, non-governmental organizations and the San Joaquin
11 River Exchange Contractors, the Environmental Intervenors, and
12 all parties in interest, sufficient indication is present to
13 justify a further continuance of this status conference for 120
14 days until July 18, 2008, at 8:15 a.m.  All parties are
15 authorized to appear telephonically.  The parties are directed to
16 provide a joint status report five court days before the next
17 status conference.

19 IT IS SO ORDERED.
20 Dated:   March 19, 2008            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE