**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT, etc., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | 1:88-cv-0634 OWW<br>consolidated with<br>1:92-cv-5554 OWW<br>partially consolidated with<br>1:91-cv-0048 OWW<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference: 1/14/09 8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

　　July 18, 2008.

II.  Appearances of Counsel.

　　Minasian, Spruance, Meith, Soares & Sexton by Paul R. Minasian, Esq., appeared on behalf of Plaintiffs, Firebaugh Canal Water District and Central California Irrigation District.

　　Stephen M. MacFarlane, Esq., appeared on behalf of the Federal Defendants.

　　Kronick, Moskovitz, Tiedemann & Girard by Daniel J. O'Hanlon, Esq., appeared on behalf of Intervenor, Westlands Water District.

1    Lisa & Lisa by Diane Van Atta Rathmann, Esq., appeared on
2 behalf of the Panoche Drainage District.
3    Griswold LaSalle Cobb Dowd and Gin by Raymond L. Carlson,
4 Esq., appeared on behalf of Broadview Water District and San Luis
5 Water District.
6    Altshuler Berzon LLP by Hamilton Candee, Esq., appeared on
7 behalf of Intervenors, Natural Resources Defense Council and the
8 Bay Institute.
9    Laurens H. Silver, Esq., appeared on behalf of the
10 California Environmental Law Project.

III. Status of Case.

1.   The parties reported on negotiations conducted through Senator Feinstein's office and stakeholder efforts to effectuate a non-judicial resolution.  Plaintiffs also reported that an extension regarding regulatory approval should be forthcoming. All parties agreed that it would be in the best interests of the parties, the interests of justice, and to conserve judicial resources, economy and expedition, that the conference be continued for a further hearing.

2.   The parties agreed that the only issues that are presently viable are the tort claims brought by Plaintiffs under state law.  A second claim against higher elevation land owners for trespass, nuisance, and related harms also remains to be decided.

3.   A scheduling conference in this case shall be held

///
///
///

January 14, 2009, at 8:15 a.m.  The parties may appear telephonically.

IT IS SO ORDERED.

**Dated:   July 25, 2008**                              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE