# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants.<br>WESTLANDS WATER DISTRICT,<br><br>            Defendant-in-Intervention.<br>_____<br>SUMNER PECK RANCH, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>            Defendants.<br>_____ | 1:88-cv-0634 OWW<br>Partially Consolidated With<br>1:91-cv-0048 OWW<br><br>SCHEDULING CONFERENCE ORDER<br><br>Further Scheduling Conference: 11/4/09 8:15<br>Ctrm. 3 |

A Scheduling Conference in these cases was held July 17, 2009. There was no appearance for Plaintiff Sumner Peck Ranch. Plaintiff Firebaugh Canal Water District and Central California

1  Irrigation District appeared by Paul Minasian, Esq..  Federal
2  Defendants were represented by Stephen M. MacFarlane, Esq.
3  Intervenors Westlands Water District, Panoche Water District and
4  Panoche Drainage District were represented by Daniel O'Hanlon,
5  Esq.  Panoche Water District and Panoche Drainage District were
6  also represented by Diane Rathmann, Esq.  Raymond L. Carlson,
7  Esq., represented San Luis Water District and Broadview Water
8  District.  Hamilton Candee, Esq., appeared on behalf of the
9  Environmental Intervenors, as did Laurens Silver, Esq.

      The Federal Defendants reported that a change in the current administration of the United States has resulted in a new Secretary of the Interior, Under Secretaries of Water, Science, and Reclamation, and other appointees who have recently taken office.  As a result, the Federal Defendants cannot provide a current report as to the imminency of their implementation of providing drainage to the San Luis Unit of the Central Valley Project, ordered by the Court of Appeal and the District Court.

      Within ninety (90) days, on or before October 23, 2009, the Federal Defendants shall provide a report to the Court identifying what specific actions will be taken to provide drainage to the San Luis Unit and a specific time table to implement drainage.

      The parties have been provided notice that no further delay shall be permitted in this case and that in the event the Federal Defendants continue to fail and refuse to provide the drainage long ago ordered by the Courts, this case shall proceed to an enforcement of judgment stage.

      A Further Scheduling Conference shall be held on November 4,

2009, at 8:15 a.m. and the parties shall present their provisions regarding bringing this case to a conclusion.

IT IS SO ORDERED.

Dated:   July 22, 2009                               /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE