PAUL R. MINASIAN, SBN 040972
MINASIAN, SPRUANCE, MEITH,
SOARES, & SEXTON, LLP
1681 Bird Street
Post Office Box 1679
Oroville, CA 95965-1679
Telephone: (530) 533-2885; Facsimile: (530) 533-0197

Attorneys for Firebaugh Canal Water District and
    Central California Irrigation District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT *et al.*, <br><br> Plaintiffs, <br><br> -vs- <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | **CIV-F-88-634-OWW** <br> consolidated with <br> CIV-F-92-5554-OWW <br><br> Partially Consolidated with <br><br> CV-F-91-048-OWW <br><br> **STIPULATION RE BRIEFING AND HEARING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT; ORDER** |
| SUMNER PECK RANCH, *et al.*, <br><br> Plaintiffs, <br><br> -vs- <br><br> UNITED STATES BUREAU OF RECLAMATION, *et al.*, <br><br> Defendants. | |

    WHEREAS, the Court's current briefing and hearing schedule for the parties' motions for summary judgment requires the plaintiffs to file their motion by May 31, 2010 or within 30 days of resolution of issues with the administrative record; and

    WHEREAS, plaintiffs' motion to supplement the administrative record was filed on April 30, 2010 and scheduled for hearing at the first available hearing date on the Court's civil motions calendar, to wit, July 12, 2010; and

    WHEREAS, defendant United States of America and intervenors Westlands Water District, Broadview Water District, Panoche Water District and Panoche Drainage District have indicated they

Stipulation and Order re Briefing and Hearing Schedule for MSJ

1  will oppose plaintiffs' motion to supplement the administrative record;

2      NOW THEREFORE, it is stipulated and agreed between the parties that the plaintiffs' motion for summary judgment shall be due 30 days after the resolution of plaintiffs' motion to supplement the administrative record; and

    IT IS FURTHER stipulated and agreed that the defendants and intervenors shall have a period of six weeks after plaintiffs' motion for summary judgment is filed in which to file and serve any oppositions to the motion and any cross-motions for summary judgment; and

    IT IS FURTHER stipulated and agreed that plaintiffs shall have a period of 30 days after all opposing briefs have been filed within which to file their opposition/reply brief in support of plaintiffs' motion for summary judgment and in opposition to any cross-motions for summary judgment.  Reply briefs in support of any cross-motions for summary judgment shall be filed thirty (30) days thereafter.

    THE PARTIES hereby request the Court take the scheduled hearing date of October 18, 2010 off calendar to be reset for a date that will allow for the briefing schedule which takes effect at the time of resolution of plaintiffs' motion for supplementation of the administrative record.

Dated: May 28, 2010

**MINASIAN, SPRUANCE, MEITH, SOARES & SEXTON, LLP**

**By:**  /s/    Paul R. Minasian
**PAUL R. MINASIAN, Attorneys for FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT**

Dated: May 28, 2010

**U.S. DEPARTMENT OF JUSTICE, ENVIRONMENT & NATURAL RESOURCES DIVISION**

**By:**  /s/    Stephen M. MacFarlane
**STEPHEN M. MACFARLANE, Attorneys for FEDERAL DEFENDANTS**

Dated: May 28, 2010

**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**

**By:**  /s/    Daniel J. O'Hanlon
**DANIEL J. O'HANLON, Attorneys for WESTLANDS WATER DISTRICT, BROADVIEW WATER DISTRICT, PANOCHE WATER DISTRICT, and PANOCHE DRAINAGE DISTRICT**

Stipulation and Order re Briefing and Hearing Schedule for MSJ

| | | |
|---|---|---|
| 1 | Dated: May 28, 2010 | **GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.** |
| 2 | | |
| 3 | | **By:** /s/  Raymond L. Carlson<br>**RAYMOND L. CARLSON, Attorneys for SAN LUIS WATER DISTRICT AND BROADVIEW WATER DISTRICT** |
| 4 | | |
| 5 | | |
| 6 | Dated: May 28, 2010 | **LINNEMAN, BURGESS, TELLES, VAN ATTA, VIERRA, RATHMANN, WHITEHURST & KEENE** |
| 7 | | |
| 8 | | **By:** /s/  Diane V. Rathmann<br>**DIANE V. RATHMANN, Attorneys for PANOCHE WATER DISTRICT and PANOCHE DRAINAGE DISTRICT** |
| 9 | | |
| 10 | | |
| 11 | Dated: May 28, 2010 | **CALIFORNIA ENVIRONMENTAL LAW PROJECT** |
| 12 | | **By:** /s/     Laurens H. Silver<br>**LAURENS H. SILVER, Attorneys for Environmental Intervenors COUNTY OF CONTRA COSTA, , CONTRA COSTA COUNTY WATER AGENCY,, amd THE BAY INSTITUTE** |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Dated: May 28, 2010 | **ALTSHULER BERZON LLP** |
| 17 | | **By:** /s/   Hamilton Candee<br>**HAMILTON CANDEE, Attorneys for Environmental Intervenors NATURAL RESOURCES DEFENSE COUNCIL and THE BAY INSTITUTE** |
| 18 | | |
| 19 | | |

**ORDER**

The parties having so stipulated,

IT IS SO ORDERED.

**Dated:   May 28, 2010**                               /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE

-3-

Stipulation and Order re Briefing and Hearing Schedule for MSJ