1  PAUL R. MINASIAN, SBN 040972
   MINASIAN, SPRUANCE, MEITH,
2  SOARES, & SEXTON, LLP
   1681 Bird Street
3  Post Office Box 1679
   Oroville, CA  95965-1679
4  Telephone: (530) 533-2885; Facsimile: (530) 533-0197

5  Attorneys for Firebaugh Canal Water District and
          Central California Irrigation District

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 FIREBAUGH CANAL WATER DISTRICT *et al.,* )  **CIV-F-88-634-OWW**
                                          )  consolidated with
11          Plaintiffs,                   )  CIV-F-92-5554-OWW
                                          )
12     -vs-                               )  Partially Consolidated with
                                          )
13 UNITED STATES OF AMERICA, *et al.* ,   )  CV-F-91-048-OWW
                                          )
14          Defendants.                   )  **STIPULATION TO CONTINUE BRIEFING**
   _____ )  **SCHEDULE AND HEARING ON**
15 SUMNER PECK RANCH, *et al.,*           )  **PLAINTIFFS' MOTION TO**
                                          )  **SUPPLEMENT THE ADMINISTRATIVE**
16          Plaintiffs,                   )  **RECORD; ORDER**
                                          )
17     -vs-                               )  Hearing:    Monday, September 13, 2010
                                          )  Time:       10:00 am
18 UNITED STATES BUREAU OF                )  Courtroom:  3
   RECLAMATION, *et al. ,*                )
19                                        )
            Defendants.                   )
20 _____ )

21      WHEREAS, the current briefing and hearing schedule for plaintiffs' motion to supplement the

22 administrative record calls for plaintiffs to file reply briefs by no later than 7 days before the date set for

23 hearing; and

24      WHEREAS, the motion was originally noticed for hearing on Monday, July 12, 2010 at in

25 Courtroom 3 at 10:00 am; and

26      WHEREAS, on June 30, 2010, the Court on its own motion continued the hearing on this motion

27 to August 9, 2010 at 10:00 a.m. in Courtroom 3; and

28 ////

-1-

1    WHEREAS, counsel for defendant United States of America and counsel for environmental

2  intervenors have indicated that they have scheduling conflicts with the August 9th date selected by the

3  Court for the hearing on plaintiffs' motion to supplement the administrative record;

4    NOW THEREFORE, it is stipulated and agreed between the parties that the hearing on plaintiffs'

5  motion to supplement the administrative record shall be continued to Monday, September 13, 2010 at

6  10:00 am in Courtroom 3; and

7    IT IS FURTHER stipulated and agreed that the plaintiffs' reply briefs shall be served and filed

8  no later than Friday, September 3, 2010.

9  Dated: July 1, 2010                              **MINASIAN, SPRUANCE, MEITH, SOARES & SEXTON, LLP**

10                                                   **By:       /s/   Paul R. Minasian**
                                                     **PAUL R. MINASIAN, Attorneys for FIREBAUGH**
11                                                   **CANAL WATER DISTRICT and CENTRAL**
                                                     **CALIFORNIA IRRIGATION DISTRICT**
12

13  Dated:   July 1, 2010                            **U.S. DEPARTMENT OF JUSTICE, ENVIRONMENT &**
                                                     **NATURAL RESOURCES DIVISION**
14

15                                                   **By:**     /s/ Stephen M. MacFarlane
                                                     **STEPHEN M. MACFARLANE, Attorneys for**
16                                                   **FEDERAL DEFENDANTS**

17  Dated:   July 1, 2010                            **KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**

18
                                                     **By:**     /s/ Daniel J. O'Hanlon
19                                                   **DANIEL J. O'HANLON, Attorneys for**
                                                     **WESTLANDS WATER DISTRICT, BROADVIEW**
20                                                   **WATER DISTRICT, PANOCHE WATER DISTRICT,**
                                                     **and PANOCHE DRAINAGE DISTRICT**

21

22

23

24

25

26

27

28

-2-

Stipulation and Order re Continuance of Motion to Supplement
Administrative Record

1   Dated:      July 1, 2010          **GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.**

2

3                                     **By:**      /s/ Raymond L. Carlson
                                      **RAYMOND L. CARLSON, Attorneys for SAN LUIS
                                      WATER DISTRICT AND BROADVIEW WATER
4                                     DISTRICT**

5   Dated:      **July 1, 2010**       **LINNEMAN, BURGESS, TELLES, VAN ATTA,
                                      VIERRA, RATHMANN, WHITEHURST & KEENE**
6

7                                     **By:**         /s/ Diane V. Rathmann
                                      **DIANE V. RATHMANN, Attorneys for PANOCHE
8                                     WATER DISTRICT and PANOCHE DRAINAGE
                                      DISTRICT**
9

10  Dated:      **July 1, 2010**       **CALIFORNIA ENVIRONMENTAL LAW PROJECT**

11

12                                    **By:**         /s/ Laurens H. Silver
                                      **LAURENS H. SILVER, Attorneys for Environmental
                                      Intervenors COUNTY OF CONTRA COSTA, ,
13                                    CONTRA COSTA COUNTY WATER AGENCY,,
                                      amd THE BAY INSTITUTE**
14

15  Dated:      **July 1, 2010**       **ALTSHULER BERZON LLP**

16

17                                    **By:**         /s/ Hamilton Candee
                                      **HAMILTON CANDEE, Attorneys for Environmental
                                      Intervenors NATURAL RESOURCES DEFENSE
18                                    COUNCIL and THE BAY INSTITUTE**

19

20                                           **ORDER**

21         The parties having so stipulated,

22  IT IS SO ORDERED.

23  **Dated:    July 2, 2010**                      **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

24

25

26

27

28

-3-

Stipulation and Order re Continuance of Motion to Supplement
Administrative Record