```
PAUL R. MINASIAN (SBN 040972)
MINASIAN, SPRUANCE, MEITH,
   SOARES & SEXTON, LLP
1681 Bird Street
Post Office Box 1679
Oroville, California 95965-1679
Telephone: (530) 533-2885
Facsimile: (530) 533-0197
Attorneys for: Firebaugh Canal Water District and
               Central California Irrigation District
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT et al., | **CIV-F-88-634-OWW** consolidated with CIV-F-92-5554-OWW |
| Plaintiffs, | Partially Consolidated with CV-F-91-048-OWW |
| -vs- | ORDER REGARDING PLAINTIFFS CENTRAL CALIFORNIA IRRIGATION DISTRICT & FIREBAUGH CANAL WATER DISTRICT'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |
| WESTLANDS WATER DISTRICT, | |
| Defendant-in-Intervention. | |

This matter having come before this Court for hearing on Tuesday, September 14, 2010 pursuant to Plaintiffs' motion to supplement the Administrative Record filed April 30, 2010 (Dkt. # 765), and the Court having considered the briefs and oral argument of the parties does order as follows:

1. The motion to supplement the Administrative Record is granted as to the following documents only:

| AR Doc No. | Docket No. | Bates Ranges | Date | Description |
|---|---|---|---|---|
| 815 | 767-1<br>767-2<br>767-3<br>767-4 | 38732-38814<br>38815-38897<br>38898-38980<br>38981-39068 | 5/6/1955 | 337 pages "San Luis Unit, Central Valley Project, California, A Report on the Feasibility of Water Supply Development" Report of the Regional Director, Substantiating Report and Cooperating Agencies Reports |

-1-

Order Regarding Plaintiffs' Motion to Supplement the Administrative Record

| AR Doc No. | Docket No. | Bates Ranges | Date | Description |
|---|---|---|---|---|
| 826 | 778 | 39456-39507 | 6/1/1969 | 52 page report "San Luis Unit Central Valley Project California Plan for Disposal of Subsurface Agricultural Drainage," United States Department of the Interior, Bureau of Reclamation |
| 834 | 787 | 40827-40861 | 5/16/1988 | 35 pages, Schmidt, K.D. 1988 Report on Aquifer Tests for Shallow Wells in Firebaugh-Mendota Area. Unpublished report Prepared for the San Joaquin Valley Drainage Program, Sacramento, California |
| 835 | 788 | 40862-40914 | 2/9/1989 | 53 pages, Schmidt, K.D. 1989 Results of 14-Day Aquifer Tests Near Mendota. Unpublished Report Prepared for the San Joaquin Valley Drainage Program, Sacramento, California |
| 836 | 789<br>789-1<br>789-2 | 40915-40953<br>40954-40963<br>40964-40971 | 10/1/2002 | 57 pages, Factors Affecting Drainage in Firebaugh Canal Water District and Central California Irrigation District Camp 13 Area. Hydrofocus, Inc. and Kenneth D. Schmidt and Associates |

2.   The motion to supplement the Administrative Record is denied as to all other documents requested by the plaintiffs to be included in the Administrative Record.

3.   The above-listed documents shall be included in the Supplemental Administrative Record by reference to the Plaintiffs' identification numbers and use of the page numbers included in the Plaintiffs' request for supplementation, and may be referred to in briefs of the parties by referring to the Plaintiffs' identification numbers or to the Court's docket numbers and the Bates numbers as listed above.

4.   If Requests for Judicial Notice for any of the documents proposed by Plaintiffs to be added, but not added to the Administrative Record, are hereafter made by any of the parties, those same document reference numbers and page numbers may be utilized by a party requesting judicial notice. Nothing in this Order herein waives any party's right to oppose a Request for Judicial Notice.

IT IS SO ORDERED.

Dated:   September 24, 2010                 /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

Order Regarding Plaintiffs' Motion to Supplement the Administrative Record