PAUL R. MINASIAN, SBN 040972
MINASIAN, SPRUANCE, MEITH,
SOARES, & SEXTON, LLP
1681 Bird Street
Post Office Box 1679
Oroville, CA 95965-1679
Telephone: (530) 533-2885; Facsimile: (530) 533-0197

Attorneys for Firebaugh Canal Water District and
Central California Irrigation District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT *et al.*,<br><br>Plaintiffs,<br><br>-vs-<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | **CIV-F-88-634-OWW** consolidated with CIV-F-92-5554-OWW<br><br>Partially Consolidated with CV-F-91-048-OWW<br><br>**SECOND STIPULATION RE BRIEFING AND HEARING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT; ORDER** |

WHEREAS, plaintiff's motion to supplement the administrative record was heard on September 14, 2010, and the motion was finally resolved with the filing of the final order on plaintiff's motion on September 24, 2010; and

WHEREAS, the order re briefing and hearing schedule for motions for summary judgment filed June 1, 2010 established a briefing schedule for motions for summary judgment commencing thirty days after the final resolution of plaintiff's motion for supplementation of the administrative record;

NOW, THEREFORE, it is agreed among the parties that the briefing schedule for motions for summary judgment shall be as follows:

Plaintiffs' moving papers for their motion for summary judgment shall be served and filed on or before Monday, October 25, 2010; and

Any responding papers to plaintiffs' motion for summary judgment and/or cross-motions for summary judgment shall be served and filed on or before Friday, December 10, 2010; and

Plaintiffs' reply papers in support of plaintiffs' motion for summary judgment and opposition to any cross-motions for summary judgment shall be served and filed on or before Monday, January 10, 2011; and

Any reply papers in support of cross-motions for summary judgment shall be served and filed on or before Wednesday, February 9, 2011; and

The hearing on all motions for summary judgment shall be on Monday, February 28, 2011, at 10:00 am in Courtroom 3.

Dated: September 27, 2010      MINASIAN, SPRUANCE, MEITH, SOARES & SEXTON, LLP

By:   /s/ Paul R. Minasian
PAUL R. MINASIAN, Attorneys for FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT

Dated: September 27, 2010      U.S. DEPARTMENT OF JUSTICE, ENVIRONMENT & NATURAL RESOURCES DIVISION

By:   /s/ Stephen M. McFarlane
STEPHEN M. MACFARLANE, Attorneys for FEDERAL DEFENDANTS

Dated: September 27, 2010      KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By:   /s/ Daniel J. O'Hanlon
DANIEL J. O'HANLON, Attorneys for WESTLANDS WATER DISTRICT

Dated: September 27, 2010      GRISWOLD, LASALLE, COBB, DOWD & GIN, L.L.P.

By:   /s/ Raymond L. Carlson
RAYMOND L. CARLSON, Attorneys for SAN LUIS WATER DISTRICT AND BROADVIEW WATER DISTRICT

Dated: September 27, 2010      LINNEMAN, BURGESS, TELLES, VAN ATTA, VIERRA, RATHMANN, WHITEHURST & KEENE

By:   /s/ Diane V. Rathmann
DIANE V. RATHMANN, Attorneys for PANOCHE WATER DISTRICT and PANOCHE DRAINAGE DISTRICT

Dated:   September 27, 2010        **CALIFORNIA ENVIRONMENTAL LAW PROJECT**

By:   /s/ Laurens H. Silver
**LAURENS H. SILVER**, Attorneys for Environmental Intervenors **COUNTY OF CONTRA COSTA, CONTRA COSTA WATER DISTRICT, CONTRA COSTA COUNTY WATER AGENCY, NATURAL RESOURCES DEFENSE COUNCIL, AND THE BAY INSTITUTE**

IT IS SO ORDERED.

**Dated:   September 27, 2010**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Second Stipulation re Briefing and Hearing Schedule for MSJ