IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

STEPHEN M. MACFARLANE (N.Y. 2456440, D.C. 439139)
Environment and Natural Resources Division
United States Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA  95814
Telephone: (916) 930-2204
Fax: (916) 930-2210
Email: Stephen.Macfarlane@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants, and<br>WESTLANDS WATER DISTRICT, *et al.*,<br><br>Defendants-in-Intervention. | ) CV-F-88-634-OWW/DLB<br>) CV-F-91-048-OWW/DLB<br>) (Partially Consolidated)<br>)<br>)<br>)<br>) **FEDERAL DEFENDANTS'**<br>) **REQUEST FOR LEAVE**<br>) **TO EXCEED PAGE**<br>) **PAGE LIMITATION**<br>) **AND ORDER THEREON**<br>)<br>)<br>) Date: February 28, 2011<br>) Time: 10:00 a.m.<br>) Courtroom 3 |

Federal Defendants United States of America ("Federal Defendants"), through their undersigned attorneys, respectfully request leave to exceed the page limitation for a single brief set forth in this Court's Standing Order, which provides that "briefs or memoranda in civil cases shall not exceed 25 pages" without prior leave of Court.

Federal Defendants seek leave to file a combined brief in support of their Cross-Motion for Summary Judgment and in opposition to Plaintiffs' Motion for Summary Judgment of 53 pages in

lieu of two separate briefs. Federal Defendants need 53 pages in order to support their Cross-Motion for Summary Judgment and to oppose the Plaintiffs' 61-page Memorandum in Support of Motion for Summary Judgment (Dkt. #819). The filing of a combined summary judgement/opposition brief has allowed Federal Defendants to present their arguments in a single document for the convenience of the Court and the parties.

Respectfully submitted this 10th day of December, 2010.

> IGNACIA S. MORENO
> Assistant Attorney General
>
> /s/ Stephen M. Macfarlane
> STEPHEN M. MACFARLANE
> Trial Attorney
> United States Department of Justice
> Environment and Natural Resources Division
> 501 I Street, Suite 9-700
> Sacramento, CA 95814
> Tel: (916) 930-2204
> Fax: (916) 930-2210
> Email: Stephen.Macfarlane@usdoj.gov

**ORDER**

Federal Defendants' Request For Leave to Exceed Page Limitation is GRANTED.

IT IS SO ORDERED.

**Dated:   December 13, 2010**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE