1  DANIEL J. O'HANLON, State Bar No. 122380
   ANDREW P. TAURIAINEN, State Bar No. 214837
2  DANIELLE R. TEETERS, State Bar No. 210056
   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
3  A Professional Corporation
   400 Capitol Mall, 27th Floor
4  Sacramento, CA  95814-4416
   Telephone: (916) 321-4500
5  Facsimile: (916) 321-4555

6  Attorneys for Defendants WESTLANDS WATER
   DISTRICT, PANOCHE WATER DISTRICT, and
7  PANOCHE DRAINAGE DISTRICT

8  DIANE V. RATHMANN, State Bar No. 89845
   LINNEMAN, BURGESS, TELLES, VAN ATTA,
9  VIERRA, RATHMANN, WHITEHURST & KEENE
   1820 Marguerite Street
10 Dos Palos, CA 93620
   Telephone: (209) 392-2141
11 Facsimile: (209) 392-3964

12 Attorneys for Defendants PANOCHE WATER
   DISTRICT and PANOCHE DRAINAGE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT, Plaintiffs, v. UNITED STATES OF AMERICA; et al., Defendants. | **CASE NO. 1:88-cv-00634 OWW DLB** CONSOLIDATED WITH CIV-F-91-048 OWW DLB **REQUEST FOR LEAVE TO FILE COMBINED BRIEF IN EXCESS OF STANDING ORDER PAGE LIMITATION AND ORDER THEREON** |
|---|---|
| SUMNER PECK RANCH, INC., et al., Plaintiffs, v. BUREAU OF RECLAMATION, et al., Defendants. | **DATE:** February 28, 2011 **TIME:** 10:00 a.m. **COURTROOM:** 3 **JUDGE:** Hon. Oliver W. Wanger |

957663.1                                -1-                Request for Leave to File Combined Brief in Excess of
                                                           Standing Order Page Limitation and Order

1  Defendants Westlands Water District, Panoche Water District, and Panoche Drainage District (collectively "District Defendants") hereby request leave to exceed the page limitation for a single brief set forth in the Court's "Standing Order in All Civil Cases Assigned to U.S. District Judge Oliver W. Wanger." Paragraph 4 of the Standing Order provides that "briefs or memoranda in civil cases shall not exceed 25 pages" without prior leave of the Court.

District Defendants seek leave, to the extent necessary, to file the combined District Defendants' Memorandum in Support of Cross-Motion for Summary Judgment and Opposition to Firebaugh Plaintiffs' Motion for Summary Judgment, which totals 50 pages, in lieu of two 25-page briefs. Combined District Defendants need 50 pages in order to support their cross-motion for summary judgment and oppose the Firebaugh Plaintiffs' 61-page Memorandum in Support of Motion for Summary Judgment (Doc. 819, CV-F-00634). If necessary, District Defendants could separate the cross-motion and opposition into individual briefs of 25 pages each and thereby comply with the Standing Order. District Defendants have instead provided those arguments in a single combined brief for the convenience of the Court and the parties.

Dated: December 10, 2010

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By  /s/ Daniel J. O'Hanlon
DANIEL J. O'HANLON
Attorneys for Defendants Westlands Water District, Panoche Water District and Panoche Drainage District

IT IS SO ORDERED.

Dated:  **December 22, 2010**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

957663.1      -2-      Request for Leave to File Combined Brief in Excess of Standing Order Page Limitation and Order