1  PAUL R. MINASIAN (SBN 040972)
   MINASIAN, SPRUANCE, MEITH,
2     SOARES & SEXTON, LLP
   1681 Bird Street
3  Post Office Box 1679
   Oroville, California 95965-1679
4  Telephone: (530) 533-2885
   Facsimile: (530) 533-0197
5  Attorneys for: Firebaugh Canal Water District and
                   Central California Irrigation District
6

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11  FIREBAUGH CANAL WATER DISTRICT )   **1:88-CV-00634-OWW**
    et al.,                        )   Consolidated with F-92-5554-OWW
12                                 )   Partially Consolidated with
                     Plaintiffs,   )   CV-F-91-048-OWW
13                                 )
         -vs-                      )   PLAINTIFFS' EX PARTE APPLICATION TO
14                                 )   FILE A COMBINED BRIEF IN EXCESS OF 25
    UNITED STATES OF AMERICA, et al., )  PAGES   IN   REPLY   TO   THE   THREE
15                                 )   OPPOSITIONS TO PLAINTIFFS' SUMMARY
                     Defendants.   )   JUDGMENT MOTION AND IN OPPOSITION
16                                 )   TO   THE   TWO   CROSS-MOTIONS   FOR
    WESTLANDS WATER DISTRICT,      )   SUMMARY   JUDGMENT   FILED   BY
17                                 )   DEFENDANTS   AND   DEFENDANT-
              Defendant-in-Intervention. ) INTERVENORS;  ORDER
18  _____ )
                                       Hearing Date:  February 28, 2011
19                                     Time:          10:00 am
                                       Courtroom      3
20

21       Plaintiffs respectfully request the Court's permission to  file a combined reply/opposing

22  brief of not more than 75 pages in order to fully respond to 3 oppositions and 2 cross-motions for

23  summary judgment, which cannot be accomplished within the 25 page limit.

24                                     Respectfully submitted,

25  Dated:  January 5, 2011           MINASIAN, SPRUANCE, MEITH,
                                       SOARES & SEXTON, LLP
26

27                          By:       _____
                                       PAUL R. MINASIAN, Attorneys for
28                                     Plaintiffs CCID & FCWD

_____
Ex Parte Application to Exceed Page Limits;  Order

1

ORDER

2
   Good cause appearing therefor, plaintiffs' request for permission to file a

3
combined reply/opposing brief of not more than 75 pages is granted.

4

5
IT IS SO ORDERED.

6

7
DATED: _January 14, 2011    /s/ Oliver W. Wanger

8
             United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex Parte Application to Exceed Page Limits;  Order

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28