IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

STEPHEN M. MACFARLANE (N.Y. 2456440, D.C. 439139)
Environment and Natural Resources Division
United States Department of Justice
501 "I" Street, Suite 9-700
Sacramento, CA  95814
Telephone: (916) 930-2204
Fax: (916) 930-2210
Email: Stephen.Macfarlane@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, and <br><br> WESTLANDS WATER DISTRICT, *et al.*, <br><br> Defendants-in-Intervention. | ) CV-F-88-634-OWW/DLB <br> ) CV-F-91-048-OWW/DLB <br> ) (Partially Consolidated) <br> ) <br> ) <br> ) **FEDERAL DEFENDANTS'** <br> ) **REQUEST FOR LEAVE** <br> ) **TO EXCEED PAGE** <br> ) **LIMITATION AND** <br> ) **ORDER THEREON** <br> ) <br> ) <br> ) <br> ) Date: February 28, 2011 <br> ) Time: 10:00 a.m. <br> ) Courtroom 3 |

Federal Defendants United States of America ("Federal Defendants"), through their undersigned attorneys, respectfully request leave to exceed the page limitation for a single brief set forth in this Court's Standing Order, which provides that "reply briefs filed by moving parties shall not exceed 10 pages" without prior leave of Court.  Under the briefing schedule approved by the Court in this case, all reply briefs in support of cross-motions for summary judgment are due February 9, 2011.

Federal Defendants seek leave to file a reply brief in support of their Cross-Motion for Summary Judgment, and in response to opposition briefs filed by Plaintiffs and Defendant-Intervenors District Defendants, of not more than 25 pages. Plaintiffs filed a combined opposition/reply brief of 53 pages (Dkt. # 849), most of which is addressed to Federal Defendants' Cross-Motion for Summary Judgment, and which includes an argument regarding the construction of the San Luis Act that Plaintiffs have not previously made in the current round of summary judgment briefing. In addition, District Defendants have filed an opposition to a portion of Federal Defendants' Cross-Motion (Dkt. #848), which also requires a brief reply.

Respectfully submitted this 2nd day of February, 2011.

IGNACIA S. MORENO
Assistant Attorney General

/s/ Stephen M. Macfarlane
STEPHEN M. MACFARLANE
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
501 I Street, Suite 9-700
Sacramento, CA 95814
Tel: (916) 930-2204
Fax: (916) 930-2210
Email: Stephen.Macfarlane@usdoj.gov

**ORDER**

Federal Defendants' Request For Leave to Exceed Page Limitation is GRANTED.

IT IS SO ORDERED.

February 10, 2011                    /s/ OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE