1  
2  DANIEL J. O'HANLON, State Bar No. 122380
ANDREW P. TAURIAINEN, State Bar No. 214837
3  DANIELLE R. TEETERS, State Bar No. 210056
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
4  A Professional Corporation
400 Capitol Mall, 27th Floor
5  Sacramento, CA 95814-4416
Telephone: (916) 321-4500
6  Facsimile: (916) 321-4555

7  Attorneys for Defendants WESTLANDS WATER
DISTRICT, PANOCHE WATER DISTRICT, and
8  PANOCHE DRAINAGE DISTRICT

9  DIANE V. RATHMANN, State Bar No. 89845
LINNEMAN, BURGESS, TELLES, VAN ATTA,
10 VIERRA, RATHMANN, WHITEHURST & KEENE
1820 Marguerite Street
11 Dos Palos, CA 93620
Telephone: (209) 392-2141
12 Facsimile: (209) 392-3964

13 Attorneys for Defendants PANOCHE WATER
DISTRICT and PANOCHE DRAINAGE DISTRICT

14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants. | **CASE NO. 1:88-cv-00634 OWW DLB**<br><br>CONSOLIDATED WITH<br>1:91-cv-00048 OWW DLB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Date:** April 29, 2011<br>**Time:** 2:00 p.m.<br>**Courtroom:** 3<br>Hon. Oliver W. Wanger |
| SUMNER PECK RANCH, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | |

964305.1 　　　　　　　　　　-1-　　　　　　Stipulation and Order Continuing
　　　　　　　　　　　　　　　　　　　　　　Hearing on Cross-Motions for Summary Judgment

WHEREAS, the cross-motions for summary judgment were originally noticed for hearing on February 28, 2011 at 10:00 a.m. in Courtroom 3 of the above-entitled Court;

WHEREAS, on February 15, 2011, the Court on its own motion continued the hearing on the cross-motions for summary judgment to April 29, 2011 at 2:00 p.m. in Courtroom 3;

WHEREAS, counsel for Defendants Westlands Water District, Panoche Water District and Panoche Drainage District have a scheduling conflict with the April 29, 2011 date selected by the Court for the hearing on cross-motions for summary judgment; and

WHEREAS, counsel for Defendants Westlands Water District, Panoche Water District and Panoche Drainage District contacted the parties via electronic mail on February 22, 2011, and counsel for the undersigned parties to the cross-motions consented to continue the hearing to May 20, 2011.

NOW, THEREFORE, it is stipulated and agreed between the parties that the hearing on cross-motions for summary judgment shall be continued to May 20, 2011 at 2:00 p.m. in Courtroom 3.

Dated: February 24, 2011        KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                A Professional Corporation


                                By   /s/ Daniel J. O'Hanlon
                                     DANIEL J. O'HANLON
                                     Attorneys for Defendants Westlands Water District,
                                     Panoche Water District and Panoche Drainage
                                     District

Dated: February 24, 2011        MINASIAN SPRUANCE, MEITH, SOARES &
                                SEXTON, LLP


                                By   /s/ Paul R. Minasian (as authorized 2/24/11)
                                     PAUL R. MINASIAN
                                     Attorneys for Plaintiffs Firebaugh Canal Water
                                     District and Central California Irrigation District

| | |
|---|---|
| Dated:  February 24, 2011 | LINNEMAN, BURGESS, TELLES, VAN ATTA, VIERRA, RATHMANN, WHITEHURTS & KEENE |
| | By  /s/ Diane V. Rathmann (as authorized 2/24/11)<br>DIANE V. RATHMANN<br>Attorneys for Defendants Panoche Water District and Panoche Drainage District |
| Dated:  February 24, 2011 | GRISWOLD LaSALLE COBB DOWD & GINN LLP |
| | By  /s/ Raymond L. Carlson (as authorized 2/24/11)<br>RAYMOND L. CARLSON<br>Attorneys for Defendants Broadview Water District and San Luis Water District |
| Dated:  February 24, 2011 | ALTSHULER BERZON LLP |
| | By  /s/ Hamilton Candee (as authorized 2/24/11)<br>HAMILTON CANDEE<br>Attorneys for Intervenors Natural Resources Defense Council and The Bay Institute |
| Dated:  February 24, 2011 | CALIFORNIA ENVIRONMENTAL LAW PROJECT |
| | By  /s/ Laurens H. Silver (as authorized 2/24/11)<br>LAURENS H. SILVER<br>Attorneys for Intervenors Contra Costa County and The Bay Institute |

Dated: February 24, 2011

IGNACIA S. MORENO
Assistant Attorney General

STEVEN M. MACFARLANE
Trial Attorney
Environment and Natural Resources Division
United States Department of Justice

By  /s/ Stephen M. Macfarlane (as authorized 2/24/11)
STEPHEN M. MACFARLANE
Attorneys for Federal Defendant United States of America

**ORDER**

IT IS SO ORDERED.

Dated:  **February 25, 2011**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

964305.1                               -4-                    Stipulation and Order Continuing
Hearing on Cross-Motions for Summary Judgment