DANIEL J. O'HANLON, State Bar No. 122380
ANDREW P. TAURIAINEN, State Bar No. 214837
DANIELLE R. TEETERS, State Bar No. 210056
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA  95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant WESTLANDS WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants.<br><br>SUMNER PECK RANCH, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | **CASE NO. 1:88-cv-00634 OWW DLB**<br><br>CONSOLIDATED WITH<br>1:91-cv-00048 OWW DLB<br><br>**DEFENDANT WESTLANDS WATER DISTRICT'S APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION REGARDING THE DECEMBER 2009 SCHEDULING ORDER AND PROVISION OF DRAINAGE WITHIN WESTLANDS**<br><br>**DECLARATION OF ANDREW P. TAURIAINEN**<br><br>**ORDER SHORTENING TIME** |

**APPLICATION FOR ORDER SHORTENING TIME**

Pursuant to Local Civil Rule 144(e), Defendant Westlands Water District ("Westlands) respectfully applies for an order shortening the time to hear its Motion Regarding the December 2009 Scheduling Order and Provision of Drainage within Westlands, filed concurrently.  The undersigned contacted counsel for all parties on June 14, 2011, to obtain their position on this

973280.1                                                                 -1-                          Defendant Westlands' Application For Order Shortening Time
                                                                                                                      To Hear Motion Re December 2009 Scheduling Order and
                                                                                                                      Provision of Drainage Within Westlands

PDF created with pdfFactory trial version www.pdffactory.com

application to shorten time. Counsel for Plaintiffs have indicated that they would prefer a hearing during the afternoon of June 30, but have not expressly indicated whether the Plaintiffs object to this Application. The Federal Defendants, Environmental Intervenors and the remaining parties have each indicated that they do not object to this Application.

Westlands requests that the Court enter an Order in response to this Application providing that any responses to the Motion Regarding the December 2009 Scheduling Order be submitted by 5:00 p.m. on June 23, 2011, that any reply in support of the Motion Regarding the December 2009 Scheduling Order to due by 5:00 p.m. on June 27, 2011, and that the Motion Regarding the December 2009 Scheduling Order be heard at noon on June 30, 2011, or as soon thereafter as the Court is available to hear it.

This Court has authority to shorten the time to hear the Motion Regarding the December 2009 Scheduling Order. Rule 6(c) of the Federal Rules of Civil Procedure sets forth the time for hearings on noticed motions "except[ ] . . . when a court order – which a party may, for good cause, apply for ex parte – sets a different time." Fed. R. Civ. P. 6(c)(1); *see also United States v. Fitch*, 472 F.2d 548, 549 n.5 (9th Cir. 1973) (citing former Rule 6(c) and explaining that this rule "allows the district court discretion to shorten time"). The Local Civil Rules for the U.S. District Court for the Eastern District of California recognize this authority, and provide that "applications to shorten time shall set forth by affidavit of counsel the circumstances claimed to justify the issuance of an order shortening time." Local R. 144(e).

Good cause exists for this application. The proposed modification of the Control Schedule described in the concurrent Motion calls for the Federal Defendants to undertake feasibility studies regarding Westlands' proposal to implement drainage first on the Westlands central subunit. These studies will require approximately 120 days beyond the Control Schedule incorporated into the Court's December 23, 2009, Order Following Scheduling Conference ("Scheduling Order"), Doc. 758. Westlands desires that the Federal Defendants commence on the necessary feasibility studies as soon as possible. As described in the Memorandum in Support of the Motion filed concurrently, a stipulated modification of the Control Schedule is not possible, and a noticed hearing is required to either clarify the Scheduling Order or to obtain the

PDF created with pdfFactory trial version www.pdffactory.com

1  Court's approval of the 120-day modification.  In addition, and perhaps most significantly,

2  counsel for the Federal Defendants will be unavailable for most of July.

3      Westlands thus respectfully requests that the Court exercise the authority granted to it by

4  Fed. R. Civ. P. 6(c)(1) and Local Civil Rule 144(e) here and shorten the time by which the

5  Motion Regarding the December 2009 Scheduling Order and Provision of Drainage will be

6  briefed.

7  Dated:  June 15, 2011        Respectfully submitted,

8          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
           A Professional Corporation

9

10

11          By   /s/ Daniel J. O'Hanlon
               DANIEL J. O'HANLON
               Attorneys for Defendant Westlands Water District

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

973280.1        -3-        Defendant Westlands' Application For Order Shortening Time
        To Hear Motion Re December 2009 Scheduling Order and
        Provision of Drainage Within Westlands

PDF created with pdfFactory trial version www.pdffactory.com

## DECLARATION OF ANDREW P. TAURIAINEN

I, Andrew P. Tauriainen, declare as follows:

1. I am an associate in the firm of Kronick, Moskovitz, Tiedemann & Girard, counsel of record for Defendant Westlands Water District. I make this declaration pursuant to Local Rule 144(e).

2. Concurrent with this application, Westlands has moved to clarify the Court's December 23, 2009 Order Following Scheduling Conference in light of a proposed modification to the Control Schedule incorporated into that Order. The proposed modification calls for the Federal Defendants to undertake feasibility studies regarding Westlands' proposal to implement drainage first on the Westlands central subunit. These studies will require approximately 120 days beyond the Control Schedule incorporated into the Court's December 23, 2009, Order Following Scheduling Conference, Doc. 758.

3. Westlands desires that the Federal Defendants commence on the necessary feasibility studies as soon as possible. Based on previous statements made by the Plaintiffs, a stipulated modification of the Control Schedule is not possible, and a noticed hearing is required to either clarify the Scheduling Order or to obtain the Court's approval of the 120-day modification.

4. The Court and the parties have been informed that counsel for the Federal Defendants will be unavailable for most of July. (See Doc. 874 (describing unavailability of counsel).)

5. On June 14, 2011, I sent counsel for the Federal Defendants, Plaintiffs, remaining District Defendants, and Environmental Intervenors an electronic mail at the email addresses of record notifying them of Westlands' intent to seek an ex parte application to shorten time in this Court. A copy of my electronic mail correspondence is attached hereto. As of the close of business on June 14, 2011, counsel for Plaintiffs have not notified me of their position on this ex parte application, although they did indicate their preference for a hearing during the afternoon of June 30. Counsel for the Federal Defendants, the Environmental Intervenors and the remaining parties have each notified me that they do not oppose this ex parte application.

PDF created with pdfFactory trial version www.pdffactory.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 15, 2011, at Sacramento, California.

/s/ Andrew P. Tauriainen  
ANDREW P. TAURIAINEN

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER SHORTENING TIME**

Upon application of Westlands Water District, and good cause appearing, **IT IS HEREBY ORDERED** that the time for hearing Westlands Water District's Motion Regarding the December 2009 Scheduling Order and Provision of Drainage within Westlands is hereby shortened, and the hearing on said motion shall be on June 30, 2011, at 12:00p.m. Any response to that motion shall be filed by 5:00 p.m. on June 23, 2011. Any reply brief shall be filed by 5:00 p.m. on June 27, 2011.

IT IS SO ORDERED.

DATED: June 16, 2011

/s/ OLIVER W. WANGER
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com