DANIEL J. O'HANLON, State Bar No. 122380
ANDREW P. TAURIAINEN, State Bar No. 214837
DANIELLE R. TEETERS, State Bar No. 210056
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA  95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant WESTLANDS WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>  Defendants.<br><br>SUMNER PECK RANCH, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BUREAU OF RECLAMATION, et al.,<br><br>  Defendants. | **CASE NO. CIV-F-88-0634 OWW DLB**<br><br>CONSOLIDATED WITH<br>CIV-F-91-048 OWW DLB<br><br>**ORDER FOLLOWING HEARING REGARDING AMENDMENT TO CONTROL SCHEDULE**<br><br>**DATE:**  June 30, 2011<br>**TIME:**     12:00 noon<br>**COURTROOM:**  3<br>   Hon. Oliver W. Wanger |

The motion by Defendant Westlands Water District ("Westlands") for an order clarifying or in the alternative amending the Court's December 23, 2009, Order Following Scheduling Conference ("Scheduling Order"), Doc. 758, came on for hearing on June 30, 2011.  Defendant Westlands was represented by Kronick, Moskovitz, Tiedemann & Girard by Daniel J. O'Hanlon, Esq.  Plaintiffs were represented by Minasian, Spruance, Meith, Soares & Sexton and Paul R.

Minasian, Esq.; Federal Defendants were represented by Stephen M. Macfarlane, Esq., Trial Attorney, U.S. Department of Justice; Environmental Intervenors were represented by Altshuler Berzon LLP and Hamilton Candee, Esq.

After considering the papers filed in support of and in opposition to Westlands' motion, the arguments of counsel, and all other matters presented to the Court, Westlands' motion to amend the Scheduling Order is GRANTED, PROVIDED THAT the parties shall discuss, prepare and submit to the Court by no later than July 8, 2011 a proposed modification to the Scheduling Order that: (1) would allow the Federal Defendants 120 days to analyze and evaluate the feasibility, design, cost and source of funding for commencing construction in the central subunit of Westlands instead of the north subunit of Westlands; and (2) would require the Federal Defendants to notify the Court and parties, sooner than the regular six month status reports, of any developments requiring significant changes in the Control Schedule. The parties shall submit a proposed modification to the Scheduling Order jointly if they reach agreement, but failing agreement by July 8, the parties shall submit alternative proposals.

IT IS SO ORDERED.

Dated:   **July 1, 2011**               **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE