**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FIREBAUGH CANAL WATER DISTRICT, et al.,**<br><br>                 **Plaintiffs,**<br><br>     **v.**<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>                 **Defendants.** | **1:88-cv-0634-OWW**<br><br>**ORDER AMENDING SCHEDULING ORDER** |

The motion by Defendant Westlands Water District ("Westlands") for an order clarifying or in the alternative amending the Court's December 23, 2009, Order Following Scheduling Conference ("Scheduling Order"), Doc. 758, came on for hearing on June 30, 2011. Defendant Westlands was represented by Kronick, Moskovitz, Tiedemann & Girard by Daniel J. O'Hanlon, Esq. Plaintiffs were represented by Minasian, Meith, Soares, Sexton & Cooper, LLP and Paul R.Minasian and Andrew J. McClure; Federal Defendants were represented by Stephen M. Macfarlane, Esq., Trial Attorney, U.S. Department of Justice; Environmental Intervenors were represented by Altshuler Berzon LLP and Hamilton Candee, Esq. After considering the papers filed in support of and in opposition to Westlands' motion, the arguments of counsel, and all other matters presented

1

1 to the Court, IT IS HEREBY ORDERED that Westlands' motion to amend
2 the Scheduling Order is GRANTED, on the following terms:

3     1. Notwithstanding any pertinent and contrary time estimates
4 or deadlines in the Control Schedule referenced in the Scheduling
5 Order, Federal Defendants shall be allowed 120 days from the date
6 of entry of this Order to analyze and evaluate the feasibility,
7 design, cost and source of funding for commencing the construction
8 of drainage collection, reuse, treatment and disposal systems in
9 the central subunit of Westlands, instead of in the north subunit
10 of Westlands as described in the Control Schedule. Upon completion
11 of this analysis, Federal Defendants shall promptly report their
12 conclusions to the Court and the other parties, and if applicable,
13 submit a revised Control Schedule to the Court.

15     2. The Scheduling Order is further amended as follows: in
16 addition to providing regular status reports every October 1 and
17 April 1, the Federal Defendants shall file a supplemental status
18 report within thirty days following Reclamation's determination
19 that a change in circumstance or implementation has occurred that
20 will prevent Reclamation from completing an action or actions as
21 identified in a line item or line items on the Control Schedule;
22 provided that nothing in this amendment otherwise precludes
23 Reclamation from updating or modifying its Control Schedule as
24 appropriate.

25     IT IS SO ORDERED.

**Dated:   September 30, 2011**            **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE