UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIREBAUGH CANAL WATER DISTRICT, et al.,**<br><br>         Plaintiffs,<br><br>  v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>         Defendants. | **1:88-cv-0634-OWW**<br><br>ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT (DOCS. 819, 837, 892) |

**ORDER**

For the reasons stated in the memorandum decision, IT IS ORDERED:

1) Plaintiffs' motion for summary judgment is DENIED, without prejudice to a renewed claim based on future circumstances;

2) Federal Defendants' cross-motion for summary judgment on Plaintiffs' section 706(2) claim is GRANTED. Federal Defendants' cross-motion for summary judgment on Plaintiffs' section 706(1) claim is GRANTED, without prejudice to a renewed claim based on future circumstances.

3) District Defendants' motion for summary judgment on Plaintiffs' 706(2) claim is GRANTED; District Defendants' motion for summary judgment on Plaintiffs' 706(1) claim is

1

1 |     GRANTED, without prejudice to a renewed claim based on future
2 |     circumstances.
3 | IT IS SO ORDERED.
4 | **Dated:   September 30, 2011**          /s/ Oliver W. Wanger
    UNITED STATES DISTRICT JUDGE