UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIREBAUGH CANAL WATER DISTRICT, et al.,**<br><br>          Plaintiffs,<br><br>     v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>          Defendants. | **1:88-cv-0634-OWW**<br><br>**ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT (DOCS. 819, 837, 892)** |

### ORDER

For the reasons stated in the memorandum decision, IT IS ORDERED:

1) Plaintiffs' motion for summary judgment is DENIED, without prejudice to a renewed claim based on future circumstances;

2) Federal Defendants' cross-motion for summary judgment on Plaintiffs' section 706(2) claim is GRANTED. Federal Defendants' cross-motion for summary judgment on Plaintiffs' section 706(1) claim is GRANTED, without prejudice to a renewed claim based on future circumstances.

3) District Defendants' motion for summary judgment on Plaintiffs' 706(2) claim is GRANTED; District Defendants' motion for summary judgment on Plaintiffs' 706(1) claim is

1  GRANTED, without prejudice to a renewed claim based on future
2  circumstances.
3 IT IS SO ORDERED.
4 **Dated:   September 30, 2011**          **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE