# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants, and<br><br>WESTLANDS WATER DISTRICT,<br><br>Defendants-in-Intervention. | 1:88-cv-00634 LJO DLB<br>1:91-cv-00048 LJO DLB<br>(Partially Consolidated)<br><br>FINAL JUDGMENT ON CLAIMS IN PLAINTIFFS' FIFTH AMENDED COMPLAINT (filed as Doc. 930 in 1:91-cv-0048). |

Judgment is hereby entered against Plaintiffs Firebaugh Canal Water District and Central California Irrigation District ("Plaintiffs"); in favor of Federal Defendants United States of America, United States Department of the Interior, Bureau of Reclamation, and Ken Salazar, Secretary of the Interior; and in favor of District Defendants Westlands Water District, Panoche Water District, Panoche Drainage District, and San Luis Water District on Claims One, Two, Three, Five, and Six in Plaintiffs' Fifth Amended Complaint, filed June 1, 2004 (Doc. #930 in Case No. CV-F-91-048).  Claim Four of Plaintiffs' Fifth Amended Complaint was transferred to the Court of Federal Claims and was dismissed by that court under 28 U.S.C. § 1500 on March 29, 2006.

This Judgment is not intended to alter the partial final judgment entered on First Phase Claims concerning Federal Defendants' duty to provide drainage to landowners within the San Luis Unit of the Central Valley Project, nor is it intended to disturb this Court's consistent retention of jurisdiction to

enforce that partial final judgment. *See* Doc. 411 (March 10, 1995), amended by Doc. 654 (December 18, 2000).

Pursuant to Fed. R. Civ. P. 58(c)(2) and 79(a), the Clerk of the Court is directed to enter this Judgment on the civil docket.

IT IS SO ORDERED.

Dated:   **March 16, 2012**                              **/s/ Lawrence J. O'Neill**
                                                                             UNITED STATES DISTRICT JUDGE