UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT, et al,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:88-cv-00634-JLT-SKO<br><br><u>ORDER GRANTING NRDC'S UNOPPOSED MOTION TO WITHDRAW AS DEFENDANT INTERVENOR</u> (Doc. 1049) |

    Defendant-Intervenor Natural Resources Defense Council (NRDC) has moved to withdraw as an Intervenor from this closed case. All parties have indicated that they do not oppose this motion. Accordingly, having fully considered the moving papers, because this motion is unopposed, and for good cause shown, the Court finds there is no need for a hearing on this matter and the motion is hereby **GRANTED**. The Clerk of the Court is directed to dismiss NRDC as a party to this action and to remove counsel Katherine Scott Poole of NRDC from the docket and from the Electronic Case Filing system notices for this case.

IT IS SO ORDERED.

    Dated: __**November 18, 2022**__          _/s/ Jennifer L. Thurston_
                                                         UNITED STATES DISTRICT JUDGE